IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

STEPHEN C. LYNCH, )
 )
v. ) 1:05-0086
 )
MICHAEL J. ASTRUE, Commissioner of Social )
   Security. )

**O R D E R**

Before the Court is the Report and Recommendation of Magistrate Judge Bryant in which he recommends Plaintiff's Motion for Judgment on the Administrative Record, Document No. 15, be granted in part and denied in part, and the case be remanded for administrative consideration of new and material evidence. No objections have been filed.

The Court has considered the Report and finds the same to be correct in fact and law. For the reasons set forth in the Report and Recommendation, the Motion for Judgment on the Administrative Record is **GRANTED in part** and **DENIED in part** and the case be **REMANDED** for administrative consideration of new and material evidence pertaining to Plaintiff's Meniere's disease, pursuant to 42 U.S.C. § 405(g) sentence 6.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge